# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Evia | E1863218 | Renner | 504 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/27/2024 1905 | VSC 46.2 821 |

**Place of Offense:** Plantation Dr / Pole Rd

**Offense Description. Factual Basis for Charge** HAZMAT ☐
Failing to yield Right of way at intersection

### DEFENDANT INFORMATION

| Last Name | First | MI |
|---|---|---|
| Mir | Hannah | A |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| IGU5927 | VA | 15 | Sub Cros | | Gray |

APPEARANCE IS REQUIRED ☒ (Box A)
APPEARANCE IS OPTIONAL ☐ (Box B)

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 401 COURTHOUSE SQ, ALEXANDRIA, VA 22314
Date: 3 Feb 25
Time: 0900

X Defendant Signature: [signature]

Original - CVB Copy
*E1863218*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 Nov, 2024 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was dispatched to front listed location for a Traffic accident with injuries and Airbag deployment. Upon my arrival I spoke with front listed Person who was the operator of vehicle #1 who stated she was driving from Sacramento to Plantation Drive when she failed to see Veh #2 was had the right of way on Pole Rd. This CVB was issued

Weather - Cool, Dark, Street lights.
Roadway - Dry No Defects

Driver - Cooperative

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/27/2024   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident